IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-01025-WKW |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion for Extension of Time for Defendant McDonald's Corporation to Respond to Plaintiff's Complaint (Doc. # 4), it is ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond **on or before December 21, 2006.**

DONE this 7th day of December, 2006.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE