IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC -7  A 11: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DOROTHY A. LANGFORD )
 )
    Plaintiff, )
 )
vs. ) CASE NO. 2:06-cv-1025-WKW
 )
 )
McDONALD'S CORPORATION )
 )
    Defendant. )
 )

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

COMES NOW Jack L. McLean, Jr., a member of the law firm of Holland & Knight LLP, and moves this Court to enter an Order admitting him to practice before this Court in the above-style cause. Said attorney represents Defendant McDonald's Corporation in this action.

Movant hereby states that he is a member in good standing of the Bars of the State of Georgia and the State of Florida. Mr. McLean is admitted to practice before the United States District Courts for the Northern and Middle Districts of Georgia and the Northern District of Florida. Movant is also admitted to practice before the United States Court of Appeals the Eleventh Circuit. Mr. McLean's Certificate of Good Standing in the United States District Court for the Northern District of Georgia is attached hereto as Exhibit "A."

A proposed Order regarding Mr. McLean's admission *pro hac vice* is attached hereto as Exhibit "B."

For all the foregoing, Movant respectfully requests that this Court grant his Motion for admission *pro hac vice* and enter an Order reflecting the same.

This 7th day of December, 2006.

Respectfully submitted,

*/s/ Jack L. McLean, Jr.*
Jack L. McLean, Jr.
Georgia Bar No. 496855

One of the Attorneys for
Defendant McDonald's
Corporation

**OF COUNSEL:**

**HOLLAND & KNIGHT LLP**
One Atlantic Center, Suite 2000
1201 West Peachtree Street, NE
Atlanta, Georiga  30309-3400
(404) 817-8500 (Telephone)
(404) 881-0470 (Facsimile)
jack.mclean@hklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DOROTHY A. LANGFORD<br><br>    Plaintiff,<br><br>vs.<br><br>McDONALD'S CORPORATION<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 2:06CV1025-WKW<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served a copy of the within and foregoing **MOTION TO ADMIT ATTORNEY PRO HAC VICE** upon the following counsel of record by depositing a copy of the same in the United States First Class U.S. Mail, postage prepaid, and properly addressed as follows:

    Jackson B. Harrison
    The Harrison Law Firm, LLC
    8426 Crossland Loop
    Montgomery, Alabama  36117

This 6th day of December, 2006.

                        Respectfully submitted,

                        /s/ Jack L. McLean, Jr.
                        Jack L. McLean, Jr.
                        Georgia Bar No. 496855

                          One of the Attorneys for
                          Defendant McDonald's
                          Corporation

# 4228790_v1

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JACK LINDEN MCLEAN, 496855,** was duly admitted to practice in said Court on January 24, 1997 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 5th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk



# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **DOROTHY A. LANGFORD** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:06-cv-1025-WKW |
| | ) | |
| | ) | |
| **McDONALD'S CORPORATION** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

WHEREFORE, having considered the foregoing Motion to Admit Jack L. McLean, Jr. to appear as counsel *pro hac vice* on behalf of McDonald's Corporation, this Court finds that the Motion, in accordance with its Rules, should be granted.

THEREFORE, IT IS **ORDERED** that the Motion to Admit Jack L. McLean, Jr. to appear as counsel *pro hac vice* is hereby granted, and Mr. McLean shall be permitted to appear as counsel *pro hac vice* on behalf of McDonald's Corporation in this case, together with local counsel of record for McDonald's Corporation, pursuant to this Court's Rules regarding the admission of counsel *pro hac vice*.

**SO ORDERED.**

This _____ day of December, 2006.

                                                                                      _____  
                                                                                     HONORABLE W. KEITH WATKINS  
                                                                                      DISTRICT COURT JUDGE

# 4228835_v1