IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | | |
|---|---|---|
| DOROTHY LANGFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1025-WKW |
| | ) | |
| MCDONALD'S CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the Motion for Jack L. McLean, Jr., to Appear Pro Hac Vice (Doc. # 6) filed on December 7, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 8th day of December, 2006.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE