```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION


DOROTHY A. LANGFORD              )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   CASE NO. 2:06-cv-01025-WKW
                                 )
                                 )
McDONALD'S CORPORATION           )
                                 )
    Defendant.                   )
_____)
```

## DISCLOSURE STATEMENT OF McDONALD'S CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for McDonald's Corporation in the above-captioned action, certify that the following are parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public:

McDonald's Corporation is listed on the New York Stock Exchange ("NYSE"). McDonald's Corporation has no parent company. No subsidiary or affiliate of McDonald's Corporation has issued shares to the public, except for McDonald's Holdings Company (Japan), Ltd., of which approximately thirty percent (30%) is publicly owned. McDonald's Corporation is a Delaware corporation, which is qualified to do business in Alabama.

The affiliates of McDonald's Corporation with connections in the State of Alabama include:  McDonald's Restaurants of Alabama, Inc., an Alabama corporation; the following Delaware limited liability companies qualified to do business in Alabama: McDonald's USA, LLC, Arch Realty, LLC; and the following Delaware corporations qualified to do business in Alabama: McDonald's Real Estate Company, Restaurant Acquisition Corp., and Boston Market Corporation.  All of the foregoing entities are wholly owned by McDonald's Corporation.  Redbox Automated Retail, LLC, is approximately forty-eight percent (48%) owned by McDonald's Corporation, and is qualified to do business in Alabama.

Golden Arch Limited Partnership (GALP) is a Delaware limited partnership qualified to do business in Alabama.  GALP is owned by McDonald's Realty, LLC and Arch Realty, LLC, two limited liability companies wholly owned by McDonald's Corporation.

Affiliates of McDonald's Corporation either own directly or are parties to franchise agreements with owner/operators of the following restaurants:  McDonald's, Boston Market, Aroma U.S. Corporation, Pret a Manger Holdings Limited, and Pret a Manger (Europe) Limited.

This 17th day of January, 2007.

                                        Respectfully submitted,

                                        s/ Jack L. McLean, Jr.
                                        Jack L. McLean, Jr.
                                        Georgia Bar No. 496855
                                        Admitted Pro Hac Vice
                                        M. Kristi Wallace
                                        Alabama Bar No. 2980-A30M

                                        Attorneys for Defendant
                                        McDonald's Corporation

**OF COUSNEL**:

HOLLAND & KNIGHT LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, Georgia  30309-3400
(404) 817-8500 (Telephone)
(404) 881-0470 (Facsimile)
jack.mclean@hklaw.com
kristi.wallace@hklaw.com

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

```
DOROTHY A. LANGFORD               )
                                  )
     Plaintiff,                   )
                                  )
vs.                               )   CASE NO. 2:06-cv-01025-WKW
                                  )
                                  )
McDONALD'S CORPORATION            )
                                  )
     Defendant.                   )
_____ )
```

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served a copy of the within and foregoing **DISCLOSURE STATEMENT OF McDONALD'S CORPORATION** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Jackson B. Harrison
> The Harrison Law Frim, LLC
> 8425 Crossland Loop
> Montgomery, Alabama  36117
> lisaandbrett96@yahoo.com

This 17th day of January, 2007.

                    s/ Jack L. McLean, Jr.
                    Jack L. McLean, Jr.
                    Georgia Bar No. 496855
                    Admitted Pro Hac Vice

                    Attorney for Defendant
                    McDonald's Corporation

# 4280049_v1

4