IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY A. LANGFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-01025-WKW |
| | ) | |
| MCDONALD'S CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Consent Motion for Extension of Time for Parties to Conduct Mandatory Face-to-Face Settlement Conference (Doc. # 13), it is ORDERED that the motion is GRANTED.  The deadline for the parties to conduct a face-to-face settlement conference is continued from March 2, 2007, to **July 2, 2007.**  The plaintiff shall file a "Notice Concerning Settlement Conference and Mediation" not more than five days after the conference.

DONE this 8th day of March, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE