IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-01025-WKW |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Amend Complaint to Add a Party (Doc. # 14), it is ORDERED that the motion is GRANTED.  The plaintiff shall file electronically **on or before March 12, 2007**, an exact duplicate of the proposed amended complaint that is attached to the motion in accordance with the *Middle District of Alabama's Local Rule 15.1 and Civil Administrative Procedures*.

DONE this 8th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE