IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-01025-WKW |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant Buddy Rogers' Motion to Dismiss (Doc. # 19), it is ORDERED that the plaintiff shall show cause **on or before April 30, 2007**, why the motion should not be granted.

It is further ORDERED that the plaintiff's Motion to Amend Complaint to Add a Party (Doc. # 20) is DENIED because the plaintiff failed to attach the proposed amended complaint to her motion. However, the plaintiff is granted leave to re-file a motion to amend the complaint.

DONE this 17th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE