**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DOROTHY A. LANGFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **2:06-cv-01025-WKW** |
| | ) | |
| **McDONALD'S CORPORATION and** | ) | |
| **BUDDY ROGERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO SUSPEND SCHEDULING ORDER AS TO DEFENDANT BUDDY ROGERS

Defendant Buddy Rogers moves the Court to suspend the Scheduling Order entered in this case on February 6, 2007 on Plaintiff's claims against him.  As grounds for this Motion, Rogers shows as follows:

1.    Plaintiff's original Complaint in this action was filed on November 15, 2006.  Rogers was not named as a defendant in the Complaint.

2.    On March 2, 2007, Plaintiff moved to amend his Complaint to add Rogers as a defendant in this action.

3.    On March 8, 2007, Plaintiff's Motion to Amend was granted.  The Amended Complaint adding Rogers as a defendant in this case was filed on March 12, 2007.

4.    On April 3, 2007, Rogers moved to dismiss Plaintiff's claims against him.

5.    On April 17, 2007, the Court ordered plaintiff to show cause as to why Rogers's Motion to Dismiss should not be granted.

6.    On April 30, 2007, Plaintiff responded to Rogers's Motion to Dismiss and moved to amend her Complaint again to add another defendant.

7.    Defendant Rogers is faced with the following deadlines according to the current Scheduling Order and amendments thereto:

    a.    A face to face settlement conference is required by July 2, 2007;

    b.    A mediation notice is due by July 7, 2007;

    c.    Dispositive Motions are due August 2, 2007.

8.    Currently, Rogers's Motion to Dismiss remains pending, as does Plaintiff's Motion to Amend.

9.    The current deadlines were set before Rogers was a party to this case and do not allow him the opportunity to conduct discovery prior to preparing a dispositive motion on the merits.

WHEREFORE, Defendant Rogers respectfully requests that the Court suspend the current scheduling order as to Plaintiff's claims against him and, if necessary after rulings are issued on the currently pending motions, set a revised scheduling order as to Plaintiff's claims against him allowing an adequate opportunity to conduct discovery and evaluate the case before a dispositive motion on the merits of the case is required.

Respectfully Submitted,


s/Sally B. Waudby
Sally B. Waudby ASB-4704-W84S
swaudby@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jack Linden McLean, Jr.
Holland & Knight LLP
1201 West Peachtree, N.W., Suite 2000
Atlanta, GA  30309-3400

Jackson B. Harrison, Esq.
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL  36117

Respectfully submitted,

s/Sally B. Waudby
Sally B. Waudby ASB-4704-W84S
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail: swaudby@lehrmiddlebrooks.com
Bar No.: ASB-4704-W84S

180286

3