# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY A. LANGFORD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:06-cv-01025-WKW** |
| ) | |
| **McDONALD'S CORPORATION and** ) | |
| **BUDDY ROGERS,** ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Buddy Rogers, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: this party is an individual and has no reportable relationships that could potentially pose a financial or professional conflict.

This the 3rd day of July, 2007.

                                          Respectfully Submitted,

                                          s/Sally B. Waudby
                                          Sally B. Waudby ASB-4704-W84S
                                          swaudby@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I served a copy of the foregoing via electronic filing of same with the United States District Court, Middle District of Alabama, who will send notice to the following:

>Jackson B. Harrison, Esq.
>The Harrison Firm, LLC
>8425 Crossland Loop
>Montgomery, AL  36117
>
>Jack Linden McLean, Jr.
>Holland & Knight LLP
>1201 West Peachtree, N.W., Suite 2000
>Atlanta, GA  30309-3400

>Respectfully submitted,
>
>s/Sally B. Waudby
>OF COUNSEL

180467.doc