IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-01025-WKW |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Consent Motion to Extend Time in Which to File Dispositive Motions (Doc. # 29), it is ORDERED that the motion is GRANTED. The deadline for the filing of dispositive motions is CONTINUED from August 2, 2007, to **September 7, 2007.**

DONE this 25th day of July, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE