IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:06-cv-01025-WKW |
| MCDONALD'S CORPORATION, *et al.*, | ) ) ) |
|     Defendant. | ) |

## **ORDER**

Several motions are before the court. Defendant Buddy Rogers seeks relief from the scheduling order and dismissal of the claims against him because there is no individual liability under Title VII. Plaintiff moved to amend her complaint to add her former employer, DRB, Inc., as a defendant. The court finds that DRB, Inc., is the proper party to be sued.

Upon consideration of the pending motions and the parties' response and reply briefs, it is ORDERED that:

1. The plaintiff's Motion to Amend Complaint to Add Party (Doc. # 23) is GRANTED.

2. Defendant Buddy Rogers's Motion to Dismiss (Doc. # 19) is GRANTED. All claims against Buddy Rogers are DISMISSED with prejudice and Buddy Rogers is dismissed as a party to this action.

3. The plaintiff shall file electronically **on or before August 17, 2007**, a duplicate of the "amended complaint for damages" that is attached to her motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*. The plaintiff shall further amend the complaint to reflect the dismissal of Defendant Buddy Rogers.

4. The defendants shall answer or otherwise respond **on or before August 31, 2007.**

5.  The Motion to Suspend Scheduling Order as to Defendant Buddy Rogers (Doc. # 26) is DENIED as MOOT.

DONE this 10th day of August, 2007.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE