**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DOROTHY A. LANGFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:06-cv-01025-WKW** |
| ) | |
| **McDONALD'S CORPORATION and** ) | |
| **BUDDY ROGERS,** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

DBR, Inc., one of the Defendants in the above-styled action, pursuant to Federal Rule of Civil Procedure 7.1 states as follows

DBR, Inc. has no parent company and no publicly traded company own 10% or more of its stock.

This the 27th day of August, 2007.

                                                Respectfully Submitted,

                                              s/Sally B. Waudby
                                              Sally B. Waudby ASB-4704-W84S
                                              swaudby@lehrmiddlebrooks.com

                                              s/Matthew W. Stiles
                                              Matthew W. Stiles ASB 2429-E63S
                                              mstiles@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (Fax)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 27, 2007, I filed the foregoing with the U. S. District Court, Middle District of Alabama via electronic filing, who will serve notice of the attached on the following counsel of record:

    Jackson B. Harrison, Esq.
    The Harrison Firm, LLC
    8425 Crossland Loop
    Montgomery, AL  36117

    Jack Linden McLean, Jr.
    Holland & Knight LLP
    1201 West Peachtree, N.W., Suite 2000
    Atlanta, GA  30309-3400

        s/Sally B. Waudby
        swaudby@lehrmiddlebrooks.com
        OF COUNSEL

184761.doc