IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY A. LANGFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-01025-WKW |
| | ) | |
| MCDONALD'S CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that:

1. The Amended Complaint (Doc. # 33) shall be STRICKEN for failure to comply with the court's August 10, 2007 Order (Doc. # 32), which required the plaintiff to further amend the amended complaint so as "to reflect the dismissal of Defendant Buddy Rogers." (*Id*. ¶ 3.)

2. The plaintiff shall file a corrected amended complaint (*i.e.*, correct the style of the case and allegations to reflect the dismissal of Buddy Rogers and the addition of DBR, Inc., as a party) **on or before September 5, 2007.**

3. The plaintiff shall cause the immediate service of process on DBR, Inc.

4. Defendant McDonald's Corporation shall answer or otherwise respond **on or before September 21, 2007.**

5. DBR, Inc., shall answer after proper service in accordance with the Federal Rules of Civil Procedure.

6. The Scheduling Order (Doc. # 12) is VACATED. Upon proper service of DBR, Inc., the court will issue another Rule 26 order after which a new scheduling order will be entered.

      7.      The Joint Motions to Amend Scheduling Order (Docs. # 34 & # 36) are DENIED as MOOT.

      DONE this 28th day of August, 2007.

                                    /s/   W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE