AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __ALABAMA__

DOROTHY LANGFORD

**SUMMONS IN A CIVIL ACTION**

V.

MCDONALD'S CORPORATION, ET AL

CASE NUMBER:  2:06-cv-01025-WKW

TO: (Name and address of Defendant)

DBR, INC
ATTN: BUDDY ROGERS
508 Five Oaks
Prattville, AL  36066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JACKSON B HARRISON
8425 CROSSLAND LOOP
MONTGOMERY, AL 36117

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              9/7/2007

CLERK                                            DATE

*Ben Johnson*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/10/07 |
| NAME OF SERVER (PRINT) Donald R. Harrison Jr. | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 508 Fire Ash Oaks Pratville, Al. 36066

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 10 2007          _____
                   Date                          Signature of Server

9109 Berrington Pl. Montgomery 36117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.