IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY A. LANGFORD** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 2:06-cv-01025-WKW-CSC |
| | ) |
| **McDONALD'S CORPORATION and** | ) |
|   **DBR, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

COME NOW Counsel for Defendant McDonald's Corporation and file this Notice of Substitution of Counsel. Mary Kristi Wallace is no longer a member of the law firm of Holland & Knight LLP. Please substitute Kimberly M. Ward, ASB-9913-M, as local counsel of record for Ms. Wallace, and send all notices, pleadings, and filings to the following counsel now representing Defendant McDonald's Corporation in the above-captioned action:

        Jack L. McLean, Jr., Esq.
        *Admitted Pro Hac Vice*
        Georgia Bar No. 496855

        Kimberly M. Ward, Esq.
        Alabama Bar No. ASB-9913-M

        **OF COUNSEL:**
        HOLLAND & KNIGHT LLP
        One Atlantic Center, Suite 2000
        1201 West Peachtree Street, N.E.
        Atlanta, Georgia  30309-3400
        Telephone:  (404) 817-8500

                    Facsimile:  (404) 881-0470
                    jack.mclean@hklaw.com
                    kimberly.ward@hklaw.com

This 1st day of October, 2007.

                                    Respectfully submitted,

                                    s/ Jack L. McLean, Jr.
                                    Jack L. McLean, Jr.
                                    *Admitted Pro Hac Vice*
                                    Georgia Bar No. 496855
                                    Kimberly M. Ward
                                    Alabama Bar No. ASB-9913-M

**OF COUNSEL**:
HOLLAND & KNIGHT LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, NE
Atlanta, Georgia  30309-3400
Telephone:  (404) 817-8500
Facsimile:  (404) 881-0470
jack.mclean@hklaw.com
kimberly.ward@hklaw.com

                                  Counsel for Defendant
                                  McDonald's Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 2:06-cv-01025-WKW-CSC |
| | ) |
| McDONALD'S CORPORATION and | ) |
|   DBR, INC. | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this date served a copy of the within and foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        Jackson B. Harrison
        The Harrison Law Firm, LLC
        8425 Crossland Loop
        Montgomery, Alabama  36117
        lisaandbrett96@yahoo.com


        Sally B. Waudby
        Matthew W. Stiles
        Lehr, Middlebrooks & Vreeland, P.C.
        P.O. Box 11945
        Birmingham, Alabama  35202-1945
        swaudby@lehrmiddlebrooks.com
        mstiles@lehrmiddlebrooks.com

This 1st day of October, 2007.

                      s/ Jack L. McLean, Jr.
                      *Admitted Pro Hac Vice*
                      Georgia Bar No. 496855

# 4820467_v1