IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1025-WKW |
| | ) |
| McDONALD'S CORPORATION and | ) |
| DBR, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion for Substitution of Counsel (Doc. # 44), it is ORDERED that the motion is GRANTED.

DONE this 4th day of October, 2007.

       /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE