IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:06-cv-01025-WKW |
| ) | |
| McDONALD'S CORPORATION and ) | |
| DBR, Inc., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT DBR, INC.

COME NOW, Plaintiff and Defendant DBR, Inc., by and through the undersigned counsel, and request that this Court dismiss with prejudice all of Plaintiff's claims against Defendant DBR, Inc. in the above-styled cause, with each party to bear their own attorneys' fees, costs and expenses.

On this the 28th day of DECEMBER, 2007.

Respectfully Submitted,

_____
Jackson B. Harrison
Counsel for Plaintiff

THE HARRISON FIRM, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920
(334) 819-8923 (Fax)

/s/
_____
Sally B. Waudby ASB-4704-W84S
Counsel for Defendant DBR, Inc.

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

192972