UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DOROTHY A. LANGFORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-01025-WKW |
| | ) | |
| MCDONALD'S CORPORATION and DBR, INC. | ) | |
| | ) | |
| Defendants, | ) | |

RECEIVED 2008 JAN 18 P 1:47

## MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT MCDONALD'S CORPORATION

COMES NOW, DOROTHY A. LANGFORD, Plaintiff in the above-captioned matter, by and through undersigned counsel, and requests this Honorable Court to dismiss with prejudice all of the Plaintiff's claims against Defendant McDonald's Corporation in the above captioned matter, with each party to bear their own costs, attorney fees, and expenses.

Respectfully submitted this the 18th day of January, 2008.

Jackson B. Harrison (HAR285)
Attorney for Plaintiff

OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920
(334) 819-8923 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 18th day of January, 2008, viz:

JACK L. MCLEAN, JR., ESQ
ONE ATLANTIC CENTER SUITE, 2000
1201 WEST PEACHTREE STREET, NE
ATLANTA, GA 30309

Sally B. Waudby, Esq.
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (Fax)

[ xx ] U.S. MAIL   [ ] HAND DELIVERY   [ ] FACSIMILE   [ ] FEDEX

_____
OF COUNSEL