IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY A. LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-1025-WKW |
| | ) |
| McDONALD'S CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Dismiss Plaintiff's Claims Against Defendant McDonald's Corporation (Doc. # 53) filed January 18, 2008, it is hereby ORDERED that the motion is GRANTED and all of the plaintiff's claims against Defendant McDonald's Corporation are DISMISSED WITH PREJUDICE. Furthermore, it is ORDERED that Defendant McDonald's Corporation is DISMISSED as a party to this action.

An appropriate judgment will be entered.

DONE this 23rd day of January, 2008.

                                                      /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE